This letter is me asking if there is anyway that you can see me a tort package and is there any way i can file a lawsuit if i don't have the funds to pay at the momment, is there a way that the fee can be paid when the case is won?

If so what is the process if there is any at all my case is for my 8th amendment right being violated for the cruel punishment i am forced to deal with every minute i am being held with a outragest bond of "1 million dallor's". But for the most of the problem im saving for court its goes without say that this is the most hardest time of my life i feel a hollow shell of myself.

Thank you for all you all are doing

signed: M